# SUPREME COURT OF HAWAI'I

**February 27, 2014**

| SCWC-30446 | State v. Menendez | Affirmed |